**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

D.G.

                                        Plaintiff,

v.                                                           Case No.: 1:11−cv−02062
                                                                   Honorable Joan H. Lefkow

Diversified Adjustment Service, Inc.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 3, 2011:

      MINUTE entry before Honorable Joan H. Lefkow:Reply in support of motion to dismiss complaint [11] due by 5/17/2011. Ruling will issue by mail. Status hearing of 5/12/2011 stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.