# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| D.G., by and through LOIDY TANG as Next Friend, individually and on behalf of a class, | ) ) ) ) | 11 C 2062 |
| Plaintiff, | ) ) | Judge Joan H. Lefkow |
| v. | ) ) | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE
## THE TCPA CLAIM

NOW COME Plaintiff D.G., by and through Loidy Tang as Next Friend, by and through counsel, Warner Law Firm, LLC, by Curtis C. Warner, and Defendant Diversified Adjustment Service, Inc., by and through its counsel Hinshaw & Culbertson, LLP, by James C. Vlahakis, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) stipulate to the dismissal of Plaintiff's and the proposed Class' claim under the Telephone Consumer Act ("TCPA"), without prejudice.

Respectfully Submitted,

/s/ Curtis C. Warner
Curtis C. Warner
Warner Law Firm, LLC
155 North Michigan Ave., Suite 560
Chicago, IL 60601
(312) 238-9820 (TEL)
*Counsel for Plaintiff*

s/ James C. Vlahakis
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (TEL)
*Counsel for Defendant*